DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2013

| | | | |
|---|---|---|---|
| 480P13 | State v. William Leon Chestnut | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COA13-32) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 481P13 | State v. Danny Lamont Thomas | 1. State's Motion for Temporary Stay (COA13-175) | 1. Allowed **10/24/2013** Dissolved **12/18/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied **Beasley, J., recused** |
| 485P13 | State v. Charles Byrd | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP12-1032) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's *Pro Se* Motion for Arrest of Judgment | 2. Dismissed |
| 486P13 | Thomas T. Dillard, Jr. v. Cynthia Vester and Michael Deans Vester | 1. Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-288) | 1. Denied |
| | | 2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Plt's *Pro Se* Motion to Procure Original Records | 3. Dismissed as Moot |
| 487P13 | State v. Kevin E. Hedgepeth | Def's *Pro Se* Motion for Notice: Appellate Division | Dismissed |
| 488P13 | State v. Michael E. Hernandez | Def's *Pro Se* Motion for PDR (COAP13-685) | Dismissed |